**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-20368
Summary Calendar

CLAUDE L. DAVIS,

Plaintiff-Appellant,

VERSUS

THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, RAUL G. CAFFESSE, D.D.S., AND RICHARD S. McGUCKIN, D.D.S.,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CV-3222)

March 29, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Judgment of the district court is affirmed for essentially the reasons provided in the district court's Memorandum and Order dated March 25, 1998.

AFFIRMED.

---

[*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.